```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                            :    ORDER

MANUEL ANTONIO LLUBERES RODRIGUEZ,    :    13 Cr. 165 (___)
    a/k/a "Juan Omar Alvarez Veliz,"
    a/k/a "Pinocho,"                  :
    a/k/a "Primo-Ecuadorian,"
                                      :
                Defendant.
                                      :
- - - - - - - - - - - - - - - - - - - - x
```

Upon application of the United States of America, by and through Assistant United States Attorney Elisha Kobre, it is hereby ORDERED that Indictment 13 Cr. 165, which was filed under seal on March 11, 2013, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         May 28, 2014

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 28 2014

WHEEL "A"