UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

No. 13CR165 (LTS)

MANUEL LLUBERES-RODRIGUEZ,

        Defendant(s).
-----------------------------------------------------------X

## ORDER

     The pretrial conference is adjourned at the parties' request, from May 12, 2016 to **June 9, 2016, at 3:00 p.m.** in Courtroom 12D. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 6/9/16, outweigh the best interests of the public and the defendant in a speedy trial because of the need for time for further discussions and advice in connection with those discussions.

Dated: New York, New York
       May 9, 2016

                                          LAURA TAYLOR SWAIN
                                        United States District Judge

CR Order resched conf date w STE frm     version 5/22/09