UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

MANUEL LLUBERES-RODRIGUEZ,

        Defendant(s).
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-2016
```

No. 13CR165 (LTS)

## ORDER

The pretrial conference is adjourned at the parties' request, from June 9, 2016, to **July 14, 2016, at 3:30 p.m.** in Courtroom 12D.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through July 14, 2016, outweigh the best interests of the public and the defendant in a speedy trial because of the need for time for further discussions and advice in connection with those discussions.

Dated: New York, New York
        June 7, 2016

                                       LAURA TAYLOR SWAIN
                                       United States District Judge