UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                            No. 13CR165 (LTS)

MANUEL LLUBERES-RODRIGUEZ,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

The pretrial conference is adjourned at the parties' request, from July 14, 2016 to **January 12, 2017, at 10:00 a.m.** in Courtroom 12D. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 01/12/17, outweigh the best interests of the public and the defendant in a speedy trial because of the need for time for further discussions and advice in connection with those discussions.

Dated: New York, New York
         July 13, 2016

                                                                       LAURA TAYLOR SWAIN
                                                                       United States District Judge